

# IN THE
## TENTH COURT OF APPEALS

### No. 10-15-00388-CR

**DANIEL RIOS HINOJOSA,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 39522CR

## O R D E R

Appellant Daniel Hinojosa contends the reporter's record is not complete and requests a stay of the briefing schedule in his appeal. Generally, an appellant's brief is not due until 30 days after the clerk's record or the reporter's record is filed, whichever is later. *See* TEX. R. APP. P. 38.6(a). However, the portions of the reporter's record which Hinojosa stated had not been filed were filed with this Court on August 5, 2016.

Accordingly, Hinojosa's Motion to Stay the Briefing Schedule is dismissed as moot. Hinojosa's brief is due September 6, 2016.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Order issued and filed August 24, 2016

